**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-23-00663-CV

————————————

**LAUREN WITZKE, Appellant**

**V.**

**ERIC VAUGHN, Appellee**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2023-17749

## MEMORANDUM OPINION

Appellant Lauren Witzke has filed a motion to dismiss her appeal because, although she filed a notice of appeal, she asserts that she intended to file only a mandamus proceeding. A mandamus proceeding has been filed under appellate case number 01-23-00712-CV. Accordingly, appellant asks that we dismiss the

appeal. The certificate of conference indicates that appellee is unopposed to dismissal.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.